# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

Stephen J. Markman,
Chief Justice

152934(64)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERIC LAMONTEE BECK,
      Defendant-Appellant.

_____/

SC: 152934
COA: 321806
Saginaw CC: 13-039031-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before July 30, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk